IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT JAMES CANNON, #121056, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:10cv325-ID |
| | ) | |
| ALA. BOARD OF PARDONS AND PAROLES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On April 27, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. On May 11, 2010, the plaintiff filed a motion to adopt the Recommendation of the Magistrate Judge (Doc. No. 7).  Upon an independent review of the motion and the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. That the plaintiff's motion to adopt the Recommendation of the Magistrate Judge be and the same is hereby GRANTED;

3. That the plaintiff's motion for voluntary dismissal of the complaint (Doc. No. 4) be and is hereby GRANTED; and

4. That this case be and is hereby DISMISSED without prejudice.

Done this the 13th day of May, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE